■ J. VIVIAN NORTON, Respondent, v. HUGH S. JONES, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Oneida County Court denying defendant's motion for dismissal of plaintiff's complaint.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ GERALDINE SCUTO et al., Appellants, v. JOSEPH SAAB, Respondent.— Order affirmed, without costs of this appeal to any party. All concur. (Appeal from an order of Erie Special Term dismissing plaintiffs' complaint on motion by defendant, with leave to plaintiff Geraldine Scuto to serve an amended complaint.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ. [See 5 A D 2d 761.]

■ HAKE MANUFACTURING COMPANY, INC., et al., Respondents, v. GEORGE H. HAKE CORPORATION et al., Appellants, et al., Defendant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Erie Special Term denying defendants' motion to dismiss plaintiffs' complaint and also requiring plaintiffs to deliver and the defendants to accept a bill of particulars submitted to the court on argument of the motion to preclude.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ FOSTER ALUMINUM ALLOY PRODUCTS CORP., Respondent, v. QUAKER INDUSTRIES, INC., Appellant.— Order modified by striking therefrom that part which permits the defendant to serve an answer to the amended reply and as so modified affirmed, with $10 costs and disbursements to the respondent. Memorandum: Upon the pleadings in this record it was unnecessary to either permit or require the defendant to serve an answer to the reply. All concur. (Appeal from an order of Chautauqua Special Term denying defendant's motion to dismiss plaintiff's complaint and for judgment on the pleadings.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ DORIS WILSON, Guardian of ESTHER M. PARKER, an Infant, as Administratrix of the Estate of PAUL PARKER, JR., Deceased, Plaintiff, v. ROCHESTER GAS & ELECTRIC CORPORATION, Defendant and Third-Party Plaintiff-Respondent. WADSWORTH SYKES et al., Doing Business as W. C. SYKES CO., Third-Party Defendants-Appellants.— Order affirmed with $10 costs and disbursements. All concur. (Appeal from an order of Monroe Special Term denying a motion by the third-party defendants to strike certain allegations from the third-party complaint, without prejudice to the third-party defendants objecting to the introduction of any of said material in evidence at the time of the trial.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ CLYDE McCOMBS, Respondent, v. EPHRAIM J. KAUFFMAN, Doing Business as MONA LISA RESTAURANT, Appellant.— Order reversed on the law and facts, without costs of this appeal to either party, and motion granted, without costs. (See Biondo v. New Amsterdam Cas. Co., 3 A D 2d 640.) All concur. (Appeal from an order of Monroe County Court denying defendant's motion to dismiss plaintiff's complaint on condition that plaintiff notice the action for trial.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ SHURGOUR & BACON CONST. CO., INC., Respondent, v. EMPIRE DEVELOPMENT CORP. et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Orleans Special Term denying defendants' motion for a dismissal of plaintiff's complaint.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ. [6 Misc 2d 695.]